

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00187-CV

**IN THE MATTER OF J.L.D.**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. J-19-40
Honorable Bill Squires, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED.

It is ORDERED that no costs shall be assessed against appellant, J.L.D., because he is indigent.

SIGNED June 1, 2022.

_____
Rebeca C. Martinez, Chief Justice